```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
QI LIANG CHEN and FEI JIANG,              :
                          Plaintiffs,     :
                                          :
              -v-                         :    09 Civ. 1832 (DLC)
                                          :
JANET NAPOLITANO, Secretary of the        :    OPINION & ORDER
United States Department of Homeland      :
Security; JOHN F. GRISSOM, Acting         :
Chief, Administrative Appeals Office;     :
MICHAEL AYTES, Acting Director of the     :
United States Citizenship and             :
Immigration Service; UNITED STATES        :
CITIZENSHIP AND IMMIGRATION SERVICE,      :
                          Defendants.     :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09

DENISE COTE, District Judge:

An Opinion and Order issued today denying defendants' motion to dismiss. It is hereby

ORDERED that a telephone conference shall be held with the parties on Thursday, September 3, 2009 at 3:00 p.m. to set a schedule for the remainder of the litigation. The parties shall meet and confer in advance of the telephone conference regarding a proposed schedule.

SO ORDERED:

Dated:   New York, New York
         August 26, 2009

                                   _____
                                            DENISE COTE
                                   United States District Judge